**Electronically Filed
Supreme Court
SCWC-20-0000417
27-MAR-2025
08:02 AM
Dkt. 19 ODAC**

SCWC-20-0000417

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

EDWARD MECKLEY and BLUE DIAMOND PACIFIC, LLC,
Respondent/Plaintiffs-Counterclaim Defendants-Appellees,

vs.

WILLIAM C. PEEBLES,
Petitioner/Defendant-Counterclaimant-Appellant,

and

SUSAN LEE PEEBLES; PEBCO LLC; and
PEBCO LIMITED LIABILITY COMPANY,
Petitioners/Defendants-Appellants,

and

WINDVISTA FARMS HAWAII LLC,
Respondent/Defendant-Counterclaimant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000417; CASE NO. 3CC171000251)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners William C. Peebles, Susan Lee Peebles,

Pebco, LLC, and Pebco Limited Liability Company's Application for

Writ of Certiorari, filed on January 28, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 27, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens